No. 456. CENTURY INDEMNITY Co. *v.* NELSON. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Oliver Dibble* for petitioner. *Mr. Joe G. Sweet* for respondent.

No. 457. MARTIN *v.* TENNESSEE COPPER & CHEMICAL CORP. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Harvey L. Lechner* and *Robert H. Mc-Carter* for petitioner. *Mr. Thomas G. Haight* for respondent.

No. 458. O'HEARNE *v.* UNITED STATES. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. W. B. O'Connell* for petitioner. *Solicitor General Biggs* and *Mr. Mahlon D. Kiefer* for the United States.

No. 459. FIRST NATIONAL BANK OF BOSTON, EXECUTOR, *v.* TALBOTT, AUDITOR. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Messrs. Simeon S. Willis* and *T. Kennedy Helen* for petitioner. *Mr. S. H. Brown* for respondent.

No. 460. U.S. TRUST Co., EXECUTOR, *v.* ANDERSON, COLLECTOR OF INTERNAL REVENUE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Davis* for petitioner. *Solicitor General Biggs, Mr. Sewall*

·*Key,* and *Miss Helen R. Carloss* for respondent.

No. 461. OPELOUSAS-ST. LANDRY SECURITIES CO., INC., ET AL. *v.* UNITED STATES ET AL. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Dubuisson* for petitioners. *Solicitor General Biggs* and *Messrs. Paul A. Sweeney* and *Aubrey Lawrence* for the United States et al.

No. 462. IOWA EX REL. BOARD OF RAILROAD COMM'RS *v.* STANOLIND PIPE LINE CO. November 6, 1933. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Messrs. J. H. Henderson* and *Stephen Robinson* for petitioner. *Mr. James L. Parrish* for respondent.

No. 464. McMILLAN *v.* H. W. Roos Co. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Richard K. Stevens* for petitioner. *Mr. Harold E. Stonebraker* for respondent.

No. 466. AQUILERA Y KINDELAN *v.* ICKES, SECRETARY OF THE INTERIOR. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Patrick H. Loughran* for petitioner. *Solicitor General Biggs* and *Messrs. Paul A. Sweeney* and *A. G. Iverson* for respondent.